UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHEL MONTES,

        Petitioner,

                                    Case No. 1:09-cv-1043

v.

                                    HONORABLE PAUL L. MALONEY

CARMEN PALMER,

        Respondent,

_____/

## **<u>JUDGMENT</u>**


Having issued an order adopting a report and recommendation and denying the petition

for writ of habeas corpus, pursuant to Fed.R.Civ.P. 58, **JUDGMENT** is hereby entered in favor

of respondent and against the petitioner.  A notice of appeal must ordinarily be filed within 30

days from the entry of this judgment under FED. R. APP. P. 4(a).


Date:   January 24, 2014                  /s/ Paul L. Maloney
                                           Paul L. Maloney
                                           Chief United States District